

FILED
April 15, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003424334

MICHAEL A. SCHEIBLI, SBN 196748
Attorney at Law
1416 West Street
Redding, CA 96001
Phone (530) 243-0317
Facsimile (530) 243-2003
mscheibli@snowcrest.net

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re:

WAYNE JOHN LACHNEY
RENZEN WORD LACHNEY,

    Debtors.
_____/

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

    Movant,

vs.

WAYNE JOHN LACHNEY,
RENZEN WORD LACHNEY,
JAN P. JOHNSON, TRUSTEE,

    Respondents
_____/

Case No. 11-25891-B-13J

DCN: LAZ-1

RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY (UNLAWFUL DETAINER)

Date: April 19, 2011
Time: 9:31 a.m.
Crtm: 32, 6th Floor
Judge: Holman

    Wayne and Renzen Lachney, Debtors herein, by and through their attorney Michael A. Scheibli, hereby provide this objection to Motion for Relief from Stay.

    The Responding party consents to the Court's resolution of disputed material facts pursuant to FRCivP 43(e) as made applicable by FRBP Rule 9017.

    Movant has brought this motion pursuant to 11 U.S.C. §362(d)(2)(a) asserting Debtors have no equity in the real property that is subject to this matter. Debtors deny this assertion.

///

1

      Movant claims that pursuant to a foreclosure sale Movant has become the rightful owner of the real property that constitutes the Debtors' personal residence. Movant is the guarantor of the note. Movant purchased the property at the sale by credit bid. Movant has not alleged that it is a BFP. Debtors deny that Movant is a BFP.

      Debtors allege that the foreclosure sale was held by a party, Bank of America Loan Servicing LP, who was neither the note holder nor a valid assignee at the time of the foreclosure sale. No proper assignments have ever been provided to Debtors. Debtors deny that the foreclosure sale was properly held, that a proper chain of title was maintained or that in fact any of parties conducting the foreclosure sale were the proper parties. Movant's own documents filed fail to provide a chain of title nor do the documents evidence in any way that the foreclosure was held properly.

      Debtors further allege that Movant was in collusion with and did conspire with Bank of America Loan Servicing LP to illegally take Debtors real property. As a result of the collusion and conspiracy Debtors allege that the foreclosure sale was void and of no force and effect.

      Debtors intend on filing an adversary proceeding to determine theses issues.

      This matter has been set for hearing on the Court's calendar on a day that Debtors; attorney had a prepaid vacation out of the country. Debtors attorney has informed counsel for the movant of this and requested a continuances of this matter which request was denied.

      Debtors herein request that the movant's motion be denied or alternatively this matter have a briefing schedule set and be placed on calendar for a final hearing.

Dated: 4-15-11                                           /s/   Michael A. Scheibli
                                                                                   MICHAEL A. SCHEIBLI